UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-1791 CKD P<br><br><br>ORDER |

　　　　Plaintiff has consented to this court's jurisdiction.  (ECF No. 5.)  By an order filed November 6, 2013, plaintiff was granted thirty days to file an amended complaint that stated a claim under 42 U.S.C. § 1983 and was cautioned that failure to do so would result in dismissal of this action.  (ECF No. 6.)  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an amended complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated:  December 23, 2013

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_____
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2 / will1791.fta